UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VRA ACCOUNTING SERVICES, LLC,

                  Plaintiff,

v.

WELLSPRING NURSE SOURCE, LLC,
and KELLY COURT,

                  Defendants.

_____/

Civil Action No. 24-11298

David R. Grand
United States Magistrate Judge

## **ORDER OF CONDITIONAL DISMISSAL**

This matter is before the Court upon the stipulation and agreement of the parties. (ECF No. 19).  The parties have stipulated and agreed that this matter shall be conditionally dismissed as a result of their having entered into a Settlement Agreement (the "Settlement Agreement") pursuant to which Wellspring Nurse Source, LLC ("Wellspring") is obligated to pay a settlement amount to VRA Accounting Services, LLC ("VRA") in twenty-six (26) installment payments.  (*Id.*).  In the event Wellspring fails to pay any installment payment under the Settlement Agreement and fails to cure such nonpayment within 7 days of VRA's notice of default to Defendants, the parties have stipulated and agreed that: (1) VRA shall be entitled to an order of reinstatement of the case and for entry of a consent judgment per the Settlement Agreement; (2) the case shall be reopened on an affidavit by counsel for VRA providing the remaining amount owed by Wellspring; and (3) the Consent Judgment, which is attached as Exhibit 2 to the Settlement Agreement, shall be entered.  (*Id.*).  The parties have also stipulated and agreed that the amount of the Consent Judgment, plus any

interest allowable by law, is reasonable and fair, is not an illegal penalty, and is not excessive or punitive. (*Id.*).

The Court has considered the parties' stipulation to entry of this Order and is otherwise fully informed in the premises. Accordingly,

**IT IS HEREBY ORDERED** that this matter is conditionally dismissed and this case is closed, provided that this Court shall retain jurisdiction to re-open the case to enforce the terms of the Settlement Agreement and enter the Consent Judgment as set forth in the Settlement Agreement.

Dated: March 30, 2026                    s/David R. Grand
Ann Arbor, Michigan                DAVID R. GRAND
                                      United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2026.

                    s/Eddrey O. Butts
                    EDDREY O. BUTTS
                    Case Manager